GEORGE J. ADAMS et al., Appellants, *v.* CLARENCE D. VAN ZANDT, Individually and as Mayor of the City of Rochester, et al., Respondents.

*Rochester (city of) — municipal corporations — validity of contract for laying patented pavement in city street.*

*Adams* v. *Van Zandt*, 219 App. Div. 761, affirmed.

(Argued November 29, 1927; decided December 13, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 10, 1927, unanimously affirming a judgment in favor of defendant, entered upon a dismissal of the complaint by the court on trial at an Equity Term. The action was to have declared illegal the letting of a contract for the laying of a patented pavement in a street of the city of Rochester on the ground of lack of competition in bidding on the contract.

*Eugene Raines* for appellants.

*Clarence M. Platt,* Corporation Counsel *(George B. Draper* of counsel), for the mayor et al., respondents.

*John F. Kinney* for William Bailey Corporation, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.